Printed on: 02/12/2019                                                                                               Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018
**Case Number: 15-10703 (ABA)**

Elizabeth Gay
1765 West Chestnut Avenue
Vineland, NJ  08360

Monthly Payment: $822.00
Payments / Month: 1
Current Trustee Comp.: 8.20%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/16/2018 | $1,065.00 | 02/13/2018 | $1,065.00 | 03/15/2018 | $1,064.00 | 04/24/2018 | $1,064.00 |
| 05/21/2018 | $1,064.00 | 06/19/2018 | $1,064.00 | 08/01/2018 | $860.00 | 09/10/2018 | $864.00 |
| 10/04/2018 | $864.00 | 11/30/2018 | $864.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ELIZABETH GAY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT N. BRAVERMAN, ESQUIRE | 13 | $2,060.00 | $2,060.00 | $0.00 | $0.00 |
| 1 | AFFORDABLE AUTO SALES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL AUTO SALES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CITY OF VINELAND | 24 | $712.27 | $712.27 | $0.00 | $0.00 |
| 4 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | SPRINT CORPORATION | 33 | $773.12 | $0.00 | $773.12 | $0.00 |
| 7 | MEDICAL SOUTH JERSEY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | PROGRESSIVE INSURANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MC CORMICK 106, LLC | 24 | $28,599.03 | $26,989.52 | $1,609.51 | $8,747.95 |
| 11 | VIP LOAN SHOP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PALISADES ACQUISITION IX, LLC | 33 | $58.69 | $0.00 | $58.69 | $0.00 |
| 13 | AMERICAN INFOSOURCE, LP | 33 | $1,219.63 | $0.00 | $1,219.63 | $0.00 |
| 14 | VINELAND MUNICIPAL UTILITIES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ROBERT BRAVERMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | CITY OF VINELAND | 24 | $944.20 | $891.06 | $53.14 | $288.81 |
| 18 | AMERICAN INFOSOURCE, LP | 33 | $208.17 | $0.00 | $208.17 | $0.00 |
| 19 | MIDLAND CREDIT MANAGEMENT, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SUN NATIONAL BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | AMERICAN INFOSOURCE, LP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | CITY OF VINELAND | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | PALISADES ACQUISITION IX, LLC | 33 | $25.79 | $0.00 | $25.79 | $0.00 |
| 24 | SPRINT CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | AFFORDABLE AUTO SALES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | VERIZON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | CERASTES, LLC | 33 | $350.00 | $0.00 | $350.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 28 | MC CORMICK 106, LLC | 13 | $1,149.05 | $1,149.05 | $0.00 | $0.00 |
| 29 | LEVEL FINANCIAL, LLC | 33 | $770.00 | $0.00 | $770.00 | $0.00 |
| 30 | EDWARD A. RAMSAY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|-----------|---------|
| 02/01/2015 | 9.00 | $0.00 |
| 11/01/2015 | Paid to Date | $4,599.00 |
| 12/01/2015 | 50.00 | $822.00 |
| 02/01/2020 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,838.00 |
| Total paid to creditors this period: | $9,036.76 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $2,249.00 |
| Attorney: | ROBERT N. BRAVERMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**